IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM DALTON, | No. C 09-05452 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This action is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 21, 2010

SUSAN ILLSTON
United States District Judge